| | |
|---|---|
| 1 | NANCY E. PRITIKIN, Bar No. 102392 |
| | KURT R. BOCKES, Bar No. 171647 |
| 2 | LITTLER MENDELSON |
| | A Professional Corporation |
| 3 | 650 California Street |
| | 20th Floor |
| 4 | San Francisco, CA 94108.2693 |
| | Telephone: 415.433.1940 |
| 5 | Facsimile: 415.399.8490 |
| | E-mail: nepritikin@littler.com |
| 6 | |
| | Attorneys for Defendant |
| 7 | UNITED AIR LINES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID E. PRICE, | | Case No. C 06-3103 MJJ |
| Plaintiff, | | STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |
| v. | | |
| UNITED AIRLINES, An Illinois Corporation, | | |
| Defendant. | | |

Plaintiff, David E. Price ("Plaintiff"), and Defendant, United Air Lines, Inc. ("Defendant"), by and through their respective counsel, stipulate that the time for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to August 11, 2006.

IT IS SO STIPULATED.

Dated: July 26, 2006

FRANK E. MAYO
ATTORNEY AT LAW
Attorney for Plaintiff
DAVID E. PRICE

STIP FOR EXTENSION OF TIME TO
ANSWER PLAINTIFF'S COMPLAINT

Case No. C 06-3103 MJJ

```
 1  Dated: July 26, 2006
 2
 3                                          _____
 4                                          KURT R. BOCKES
                                            LITTLER MENDELSON
 5                                          A Professional Corporation
                                            Attorneys for Defendant
 6                                          UNITED AIR LINES, INC.
 7
 8  Firmwide:81234158.1 045589.2098
```



7/26/2006

IT IS SO ORDERED
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP FOR EXTENSION OF TIME TO
ANSWER PLAINTIFF'S COMPLAINT        2.        Case No. C 06-3103 MJJ