1  NANCY E. PRITIKIN, Bar No. 102392
   KURT R. BOCKES, Bar No. 171647
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:    415.433.1940
   Facsimile:    415.399.8490
5  E-mail: nepritikin@littler.com

6  Attorneys for Defendant
   UNITED AIR LINES, INC.
7

                    E-Filing

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  DAVID E. PRICE,                    Case No. C 06-3103 MJJ

12           Plaintiff,                **STIPULATION FOR DISMISSAL**

13      v.

14  UNITED AIRLINES, An Illinois
    Corporation,
15
             Defendant.
16

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**STIPULATION FOR DISMISSAL**                    Case No. C 06-3103 MJJ

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to this action, through their designated counsel, hereby stipulate to the dismissal as to all parties of all claims presented by the complaint in this action, with prejudice.

Dated: ~~November~~ January 21, 2007

_____
FRANK E. MAYO
Attorney for Plaintiff
DAVID E. PRICE

Dated: ~~November~~ February 27, 2007

_____
KURT R. BOCKES
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
UNITED AIR LINES, INC.

Firmwide:81673754.1 052664.1032

**IT IS SO ORDERED**

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

2/28/2007
DATE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION FOR DISMISSAL        2.        Case No. C 06-3103 MJJ

**PROOF OF SERVICE BY MAIL**

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On February 27, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**STIPULATION FOR DISMISSAL**

in a sealed envelope, postage fully paid, addressed as follows:

Frank E. Mayo, Esq.
480 San Antonio Road, Suite 230
Mountain View, CA 94040

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 27, 2007, at San Francisco, California.

_____
JANE WONG

Firmwide:81382021.1 045589.2098

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE                                                          Case No. C-06-3103-MJJ